IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **DONALD L. PALMER**, | : | |
| Petitioner, | : | **CASE NO. C-1-00-882** |
| vs. | : | **JUDGE WEBER** |
| **MARGARET A. BAGLEY, WARDEN** | : | **MAGISTRATE JUDGE MERZ** |
| Respondent. | : | |

### RESPONDENT'S SUBSTITUTION OF COUNSEL

Deputy Attorney General Heather L. Gosselin hereby notifies this Court that she is replacing Jonathan R. Fulkerson and Timothy D. Prichard as trial attorney for the Respondent in the above-captioned case. Please remove Mr. Fulkerson and Mr. Prichard as counsel on this case. Additionally, Assistant Attorney General Carol A. Ellensohn enters her appearance as co-counsel for the Respondent. Please send copies of all future pleadings and orders to Ms. Gosselin and Ms. Ellensohn.

Respectfully submitted,

**JIM PETRO**
Ohio Attorney General


s/Heather L. Gosselin
**HEATHER L. GOSSELIN * (0072467)**
* *Trial Attorney*
Deputy Attorney General


s/Carol A. Ellensohn
**CAROL A. ELLENSOHN**
Assistant Attorney General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(6l4) 728-7055; (614) 728-8600 (fax)
hgosselin@ag.state.oh.us
cellensohn@ag.state.oh.us

**COUNSEL FOR RESPONDENT**


**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Substitution of Counsel* has been sent to Keith A. Yeazel, 65 South Fifth Street, Columbus, Ohio 43215 **and** Michael J. O'Hara, O'Hara, Ruberg, Taylor, Sloan and Sergent, 209 Thomas More Park, Suite C, P.O. Box 17411, Covington, Kentucky, 41017-0411, via the court's electronic filing system on this the 5th day of August 2004.

s/Heather L. Gosselin
**HEATHER L. GOSSELIN**
Deputy Attorney General