**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **DONALD PALMER**, | : | |
| Petitioner, | : | **Case No. 1:00-CV-00882** |
| vs. | : | **Judge Thomas M. Rose** |
| **MARGARET BAGLEY, WARDEN,** | : | **Mag. Judge Michael R. Merz** |
| Respondent. | : | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Please take notice that Assistant Attorney General Gregory A. Perry hereby appears as lead trial counsel of record in this case. Assistant Attorney General Heather Gosselin will continue to serve as co-counsel of record on this case. Copies of all pleadings, correspondence, or other documents filed with this Honorable Court should be directed to the undersigned.

Respectfully submitted,

JIM PETRO
Ohio Attorney General


s/Gregory A. Perry
GREGORY A. PERRY* (0065251)
   *Trial Counsel
Senior Assistant Attorney General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215
(614) 728-7055; Fax (614) 728-8600
gperry@ag.state.oh.us


## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Notice Of Substitution Of Counsel* was delivered to counsel for petitioner 7th day of December 2004 via e-mail and regular U.S. Mail to:

Keith A. Yeazel
65 South Fifth Street
Columbus, Ohio 43215
yeazel@netwalk.com

Michael J. O'Hara
O'Hara, Ruberg, Taylor, Sloan & Sergent
P.O. Box 17411
25 Crestview Hills Mall Road, Suite 201
Crestview Hills, KY 41017
mohara@ortlaw.com

Counsel for Petitioner


s/Gregory A. Perry
GREGORY A. PERRY (0065251)