**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS**

| | | |
|---|---|---|
| **DONALD L. PALMER,** | : | |
| Petitioner, | : | **CASE NO. 1:00-CV-00882** |
| v. | : | **JUDGE THOMAS M. ROSE** |
| **MARGARET BAGLEY, Warden**, | : | Magistrate Judge Meerz |
| Respondent. | : | |

**NOTICE OF MANUAL FILING OF
SUPPLEMENTAL APPENDIX VOLUME 11**

Respondent gives notice of manual filing of *Supplemental Appendix Volume 11, Application to Reopen Direct Appeal.* The document was to large to file electronically and is being sent to the court via overnight mail for manual filing

Respectfully Submitted,

**JIM PETRO** (0022096)
**ATTORNEY GENERAL OF OHIO**

　　s/Heather L. Gosselin
**HEATHER L. GOSSELIN** (0072467)
Senior Deputy Attorney General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(6l4) 728-7055; (614) 728-8600 (Fax)
　　hgosselin@ag.state.oh.us

**COUNSEL FOR RESPONDENT**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been forwarded via the court's electronic filing system, this 18th day of October, 2005, to counsel for petitioner:

| | |
|---|---|
| Keith A. Yeazel | Michael J. O'Hara |
| yeazel@netwalk.com | mohara@ortlaw.com |
| 65 South Fifth Street | O'Hara, Ruberg, Taylor, Sloan and Sergent |
| Columbus, Ohio 43215 | 209 Thomas More Park, Suite C |
| | Covington, Kentucky, 41017-0411 |

s/Heather L. Gosselin
**HEATHER L. GOSSELIN**
Senior Deputy Attorney General