IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| **DONALD L. PALMER,** | : | |
| Petitioner, | : | CASE NO. 1:00-cv-882 |
| v. | : | JUDGE THOMAS M. ROSE |
| **MARGARET BAGLEY, Warden** | : | *Death Penalty Case* |
| Respondent. | : | |

## NOTICE OF APPEARANCE

Assistant Attorney General Anna M. Franceschelli hereby enters her appearance as co-counsel of record for Respondent in the above styled appeal. Gregory A. Perry should be terminated entirely as counsel of record in this case. Copies of all pleadings, correspondence, or other documents filed with this Honorable Court should be directed to the undersigned.

Respectfully submitted,

**JIM PETRO (0022096)**
Ohio Attorney General

/s/ Anna M. Franceschelli (0076273)
Assistant Attorney General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055: (614) 728-8600 (fax)
Email: afranceschelli@ag.state.oh.us

COUNSEL FOR RESPONDENT

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing *Notice of Appearance*, has been forwarded this 1st day of December 2005, to Keith A. Yeazel, 65 S. Fifth St., Columbus, OH, 43215 and Michael Jay O'Hara, P.O. Box 17411, 25 Crestview Hills Mall Road, Suite 201, Crestview Hills, KY, 41017, via the court's electronic notification system.

                                              /s/ Anna M. Franceschelli
                                              **ANNA M. FRANCESCHELLI (0076273)**
                                              Assistant Attorney General