**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION - DAYTON**

**DONALD L. PALMER**

      Petitioner,             **Case No. 1:00-CV-00882**

      v.                       **JUDGE THOMAS M. ROSE**

**MARGARET A. BAGLEY, Warden**      Magistrate Judge Michael Merz

      Respondent.            *Death Penalty Case*

---

**NOTICE OF SUBSTITUTION OF LEAD COUNSEL AND CO-COUNSEL**
**AND TERMINATION OF COUNSEL**

---

Please take notice that **Deputy Attorney General Matthew C. Hellman** has replaced **Assistant Attorney General Anna M. Franceschelli** as lead and trial counsel of record for Respondent in the above styled appeal.  **Assistant Attorney General Anna M. Franceschelli** will continue to serve as co-counsel of record.  **Attorney General Betty D. Montgomery, Assistant Attorney General Heather L. Gosselin and Assistant Attorney General Gregory Alan Perry should be terminated from this case**. Copies of all pleadings, correspondence, or other documents filed with this Honorable Court should be directed to the undersigned.

Respectfully submitted,

**JIM PETRO**
Ohio Attorney General

s/Matthew C. Hellman
**MATTHEW C. HELLMAN\* (0071628)**
  *\*Trial Counsel*
Deputy Attorney General

**ANNA M. FRANCESCHELLI (0076273)**
Assistant Attorney General

Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215
(614) 728-7055; Fax (614) 728-8600
Emails:  mhellman@ag.state.oh.us
        afranceschelli@ag.state.oh.us

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Notice Of Substitution Of Lead Counsel and Termination of Counsel* was delivered to counsel for petitioner this 24th day of January 2006, via the court's electronic filing system.

| | |
|---|---|
| Keith A. Yeazel, Esq.<br>  Email: yeazel@netwalk.com<br>65 South Fifth Street<br>Columbus, Ohio 43215 | Michael J. O'Hara, Esq.<br>   Email: mohara@ortlaw.com<br>25 Crestview Hills Mall Rd, Suite 201<br>P.O. Box 17411<br>Crestview Hills, Kentucky 41017 |

s/Matthew C. Hellman
**MATTHEW C. HELLMAN\* (0071628)**