UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DONALD L. PALMER,
        PETITIONER,

-V-                                     Case No. C-1-00-882
                                       Judge Rose
                                       Magistrate Judge Merz

MARGARET A. BAGLEY, WARDEN
        RESPONDENT.

**PETITIONER'S MOTION TO FILE MEMORANDUM
IN EXCESS OF TWENTY PAGES IN REGARD TO PETITIONER'S
OBJECTIONS TO REPORT AND RECOMMENDATION FILED
DECEMBER 16, 2005**

Petitioner respectfully requests that the Court permit him to file Objections in excess of twenty pages for the reasons set forth in the accompanying memorandum.

                                                     s/Keith A. Yeazel

                                                     KEITH A. YEAZEL (0041274)
                                                   65 SOUTH FIFTH STREET
                                                   COLUMBUS, OHIO 43215
                                                   (614) 228-7005

                                                 MICHAEL O'HARA     (0014966)
                                                 209-C THOMAS MORE PARK
                                                 P.O. BOX 17411
                                                 COVINGTON, KY 41017-0411
                                                 (606) 331-2000

                                                 ATTORNEYS FOR PETITIONER

## MEMORANDUM IN SUPPORT

On December 16, 2005, the Court issued a 122 page Report and Recommendation. Due to the necessity for Petitioner to specify in detail the basis of his objections Petitioner's document exceeds the 20-page limit set forth by the Court's rules. See S.D. Ohio Civ.R. 7.2 (a) (3). In the Objections, Petitioner has included a table of contents and a summary. Petitioner therefore respectfully moves for permission to file his Objections in excess of 20 pages..

Respectfully submitted,

s/ Keith A. Yeazel

_____
KEITH A. YEAZEL (0041274)
65 SOUTH FIFTH STREET
COLUMBUS, OHIO 43215
(614) 228-7005

MICHAEL O'HARA   (0014966)
209-C THOMAS MORE PARK
P.O. BOX 17411
COVINGTON, KY 41017-0411
(606) 331-2000

ATTORNEYS FOR PETITIONER

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon:

Matthew C. Hellman

Anna Franceschelli
Assistant Attorney Generals
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215

using the Court's CM/ECF system, this 27th day of February, 2006.

                                                                                        s/ Keith A. Yeazel
                                                                                        _____
                                                                                        Keith A. Yeazel