UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**DONALD L. PALMER,**
        Petitioner,

   -V-                                                **CASE NO. C-1-00-882**
                                                           **JUDGE ROSE**

**MARGARET A. BAGLEY, Warden,**
        Respondent.


## NOTICE OF APPEAL

    Notice is hereby given that Donald L. Palmer appeals to the United States Court of Appeals for the Sixth Circuit from the Judgment entered in this action on April 18, 2006.

                                                           **s/Keith A. Yeazel**

                                                           _____
                                                           KEITH A. YEAZEL (0041274)
                                                           65 SOUTH FIFTH STREET
                                                          COLUMBUS, OHIO  43215
                                                          (614) 228-7005

                                                          COUNSEL FOR APPELLANT


       **May 15, 2006**
Date _____