**TRANSMISSION FORM**

| | |
|---|---|
| District Court: **Dayton, OH** <br><br> District Court Case No.: **C-1-00-882** <br><br> Short Caption <br> **Palmer v. Bagley** <br><br> Plaintiff/Petitioner: **Donald L. Palmer** <br><br> vs. <br><br> Defendant/Respondent: **Margaret A. Bagley, Warden** <br><br> *provide pro se address IF NOT on the docket sheet | **APPEAL INFORMATION to be completed by the Sixth Circuit** <br><br> Court of Appeals Case No.: <br> _____ <br><br> Case Manager: <br> _____ <br><br> Date Filed: <br> _____ |

**District Court Judge:** Thomas M. Rose

**Court Reporter(s):**

**ANYTHING THAT NEEDS SPECIAL ATTENTION:**

Document 119

---

$455.00 Appeal filing fee paid?      Yes      <u>X</u>      No

---

**RECORD TRANSMISSION**

   I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

   Pleading(s) (Including the pre-sentence report psi)     <u>0</u>  Volume(s)
   Deposition(s)    <u>0</u>  Volume(s)        Exhibit(s)  <u>0</u>  Volume(s)
   Transcripts      <u>0</u>  Volume(s)        Sealed      <u>0</u>  Volume(s)

   **Please indicate if this is a supplemental record:      Yes

which constitutes the CERTIFIED RECORD ON APPEAL, this May 15, 2006