UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**DONALD L. PALMER,**
      Petitioner,

   -V-                                          CASE NO. C-1-00-882
                                                      JUDGE ROSE

**MARGARET A. BAGLEY, Warden,**
      Respondent.

## AMENDED NOTICE OF APPEAL

Notice is hereby given that Donald L. Palmer appeals to the United States Court of Appeals for the Sixth Circuit from the Decision and Order terminating the case on April 17, 2006 and the judgment entered in this action on April 18, 2006.

                                                  **s/Keith A. Yeazel**

                                                  _____
                                                  KEITH A. YEAZEL (0041274)
                                                  65 SOUTH FIFTH STREET
                                                  COLUMBUS, OHIO  43215
                                                  (614) 228-7005

                                                  COUNSEL FOR APPELLANT

        **May 16, 2006**
Date _____