# TRANSMISSION FORM

**District Court:** Dayton, OH

**District Court Case No.:** C-1-00-882

Short Caption
**Palmer v. Bagley**

**Plaintiff/Petitioner:** Donald L. Palmer

vs.

**Defendant/Respondent:** Margaret A. Bagley, Warden

*provide pro se address IF NOT on the docket sheet*

**APPEAL INFORMATION to be completed by the Sixth Circuit**

Court of Appeals Case No.:
_____

Case Manager:
_____

Date Filed:
_____

**District Court Judge:** Thomas M. Rose

**Court Reporter(s):**

**ANYTHING THAT NEEDS SPECIAL ATTENTION:**

#118

**$455.00 Appeal filing fee paid?**    Yes    **X** No

## RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

| | | | | |
|---|---|---|---|---|
| Pleading(s) (Including the pre-sentence report psi) | | | 0 | Volume(s) |
| Deposition(s) | 0 Volume(s) | Exhibit(s) | 0 | Volume(s) |
| Transcripts | 0 Volume(s) | Sealed | 0 | Volume(s) |

**\*\*Please indicate if this is a supplemental record:**    Yes

which constitutes the CERTIFIED RECORD ON APPEAL, this May 17, 2006