UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DONALD L. PALMER,
        PETITIONER,

-V-                                    Case No. C-1-00-882
                                      Judge Rose
                                      Magistrate Judge Merz

MARGARET A. BAGLEY, WARDEN
        RESPONDENT.

### PETITIONER'S MOTION TO FILE MEMORANDUM IN EXCESS OF TWENTY PAGES IN REGARD TO PETITIONER'S MOTION FOR A CERTIFICATE OF aPPEALABILITY

    Petitioner respectfully requests that the Court permit him to file his motion in excess of twenty pages for the reasons set forth in the accompanying memorandum.

                                            s/Keith A. Yeazel
                                            _____
                                            KEITH A. YEAZEL (0041274)
                                            65 SOUTH FIFTH STREET
                                            COLUMBUS, OHIO 43215
                                            (614) 228-7005

                                            MICHAEL O'HARA    (0014966)
                                            209-C THOMAS MORE PARK
                                            P.O. BOX 17411
                                            COVINGTON, KY 41017-0411
                                            (606) 331-2000

                                            ATTORNEYS FOR PETITIONER

## **MEMORANDUM IN SUPPORT**

Due to the necessity for Petitioner to specify in detail the basis of his Motion for a Certificate of Appealability Petitioner's document exceeds the 20-page limit set forth by the Court's rules. See S.D. Ohio Civ.R. 7.2 (a)(3). In the Motion, Petitioner has included a table of contents and a summary. Petitioner therefore respectfully moves for permission to file his Motion in excess of 20 pages.

Respectfully submitted,

s/ Keith A. Yeazel

_____
KEITH A. YEAZEL (0041274)
65 SOUTH FIFTH STREET
COLUMBUS, OHIO 43215
(614) 228-7005

MICHAEL O'HARA    (0014966)
209-C THOMAS MORE PARK
P.O. BOX 17411
COVINGTON, KY 41017-0411
(606) 331-2000

ATTORNEYS FOR PETITIONER

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served upon:

Matthew C. Hellman
Anna Franceschelli
Assistant Attorney Generals

Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215

using the Court's CM/ECF system, this 15th day of July, 2006.

                                                s/ Keith A. Yeazel
                                                _____
                                                Keith A. Yeazel