UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**DONALD L. PALMER,**
       **PETITIONER,**

**-V-**                                               Case No. C-1-00-882
                                                        Judge Rose
                                                        Magistrate Judge Merz

**MARGARET A. BAGLEY, WARDEN**
          **RESPONDENT.**

**PETITIONER'S MOTION TO FILE MEMORANDUM
IN EXCESS OF TWENTY PAGES IN REGARD TO PETITIONER'S
MOTION FOR A CERTIFICATE OF aPPEALABILITY**

      Petitioner respectfully requests that the Court permit him to file his motion in excess of twenty pages for the reasons set forth in the accompanying memorandum.

                                                s/Keith A. Yeazel

                                                _____
                                                KEITH A. YEAZEL (0041274)
                                                65 SOUTH FIFTH STREET
                                                COLUMBUS, OHIO 43215
                                                (614) 228-7005

                                                MICHAEL O'HARA     (0014966)
                                                209-C THOMAS MORE PARK
                                                P.O. BOX 17411
                                                COVINGTON, KY 41017-0411
                                                (606) 331-2000

                                                ATTORNEYS FOR PETITIONER

## MEMORANDUM IN SUPPORT

Due to the necessity for Petitioner to specify in detail the basis of his Objections to the Report and Recommendation concerning the Motion for a Certificate of Appealability Petitioner's document exceeds the 20-page limit set forth by the Court's rules. See S.D. Ohio Civ.R. 7.2 (a) (3). In the Motion, Petitioner has included a table of contents and a summary. Petitioner therefore respectfully moves for permission to file his Motion in excess of 20 pages.

Respectfully submitted,

s/ Keith A. Yeazel

_____
KEITH A. YEAZEL (0041274)
65 SOUTH FIFTH STREET
COLUMBUS, OHIO 43215
(614) 228-7005

MICHAEL O'HARA    (0014966)
209-C THOMAS MORE PARK
P.O. BOX 17411
COVINGTON, KY 41017-0411
(606) 331-2000

ATTORNEYS FOR PETITIONER

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon:

Matthew C. Hellman

Anna Franceschelli
Assistant Attorney Generals
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215

using the Court's CM/ECF system, this 16th day of October, 2006.

                                                s/ Keith A. Yeazel
                                                _____
                                                Keith A. Yeazel