# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**DONALD L. PALMER,**

                              Case No.  1-:00-CV-882

                **Petitioner,**

-vs-                                    **Judge Thomas M. Rose**

**MARGARET A. BAGLEY,  Warden,**

                              **Chief Magistrate Judge Michael R. Merz**

                **Respondent.**

---

**DECISION AND ORDER OVERRULING DONALD L. PALMER'S OBJECTIONS (Doc. #130) TO CHIEF MAGISTRATE JUDGE MICHAEL R. MERZ'S REPORT AND RECOMMENDATIONS REGARDING A CERTIFICATE OF APPEALABILITY (Doc. #128) AND ADOPTING THE CHIEF MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS IN THEIR ENTIRETY**

---

      This case is before the Court pursuant to Petitioner Donald L. Palmer's ("Palmer's") Objections (doc. #130) to the Report and Recommendations of Chief Magistrate Judge Michael R. Merz (doc. #128). The Report and Recommendations addresses Palmer's request for a certificate of appealability.

      Chief Magistrate Judge Merz's Report and Recommendations was filed on October 2, 2006, and Palmer's Objections were filed on October 16, 2006.  The Warden did not file Objections to the Report and Recommendations but did file a Memorandum In Opposition to Palmer's Objections. (Doc. #132.)

      As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the District Judge has made a de novo review of the record in this case. Upon said review, the Court finds

that Palmer's objections to the Chief Magistrate Judge's Report and Recommendations are not well-founded and are OVERRULED.

Accordingly, the Chief Magistrate Judge's Report and Recommendations is ADOPTED in its entirety. A certificate of appealability is granted on Palmer's Grounds for Relief 3.5, 3.19, 3.20, 4 and 6. Palmer's Motion for a Certificate of Appealability is otherwise DENIED.

**DONE** and **ORDERED** in Dayton, Ohio, this Eleventh day of December, 2006.

                                                  s/Thomas M. Rose
                                                  THOMAS M. ROSE
                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record