IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **Donald L. Palmer,** | : | |
| Petitioner, | : | CASE NO. 1:00-cv-00882 |
| v. | : | **Judge Thomas M. Rose** |
| | | **Magistrate Judge Michael R. Merz** |
| **Margaret A. Bagley, Warden,** | : | |
| | | *Death Penalty Case* |
| Respondent. | : | |

### NOTICE OF SUBSTITUTION AND TERMINATION OF COUNSEL

Please take notice that Assistant Attorney General Justin M. Lovett has replaced Assistant Attorney General Matthew C. Hellman as lead and trial counsel of record in this matter. Assistant Attorney General Matthew C. Hellman has taken a position in another section of the Ohio Attorney General's Office and should be terminated as counsel of record.

Please also take notice that Principal Assistant Attorney General Charles L. Wille has replaced Anna M. Franceschelli as co-counsel of record in this matter. Anna M. Franceschelli has pursued employment outside of the Ohio Attorney General's Office and should be terminated in the case.

Copies of all pleadings, documents, and notices should be directed to the undersigned.

Respectfully submitted,

MARC DANN (0039425)
Ohio Attorney General

**s/ JUSTIN M. LOVETT**
**JUSTIN M. LOVETT* (0081826)**
Assistant Attorney General
   *Lead and Trial Counsel*

s/ Charles L. Wille
**CHARLES L. WILLE (0056444)**
Principal Assistant Attorney General

Capital Crimes Unit
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215
Phone: (614) 728-7055
Fax: (614) 728-8600
Email:   jlovett@ag.state.oh.us
            cwille@ag.state.oh.us

**COUNSEL FOR RESPONDENT**

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Keith A. Yeazel
5354 North High Street
Columbus, Ohio 43215
(614) 885-2900
(614) 885-1900 Fax
Email: yeazel@netwalk.com

Michael J. O'Hara
O'Hara, Ruberg Taylor Sloan & Sergent -1
P.O. Box 17411
25 Crestview Hills Mall Road, Suite 201
Crestview Hills, Kentucky 41017
(859) 331-2000
Email: mohara@ortlaw.com

**s/ JUSTIN M. LOVETT**
**JUSTIN M. LOVETT\* (0081826)**
Assistant Attorney General
  *\*Lead and Trial Counsel*
Capital Crimes Unit
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215
Phone: (614) 728-7055
Fax: (614) 728-8600
Email: jlovett@ag.state.oh.us

**COUNSEL FOR RESPONDENT**

3